# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00175-01-CR-W-DGK |
| | ) | |
| PARIS B. YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On July 17, 2019, the Grand Jury returned a four-count Superseding Indictment against Defendant Paris B. Young. Count One charged Defendant with knowingly and intentionally possessing with intent to distribute some quantity of a mixture and substance containing cocaine base. Count Two charged Defendant with knowingly and intentionally possessing a firearm in furtherance of a drug-trafficking crime. Count Three charged Defendant with possession of a firearm after having been convicted of a crime punishable by a term of imprisonment exceeding one year. Count Four charged Defendant with possession of a firearm with an obliterated serial number.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Jeffrey Quinn McCarther and Sean T. Foley
    Case Agent: Detective Aaron Riley, Kansas City Police Department
    Defense: Angela Williams and possible second chair

**OUTSTANDING MOTIONS**:
Doc. #43 – Motion to Suppress filed 11/3/19, heard on December 20, 2019
Doc. #44 – Motion to Dismiss filed 11/7/19, heard on January 16, 2019

**TRIAL WITNESSES**:
    Government: 4 with stipulations; 6 without stipulations
    Defendants: 1 witness, including the Defendant

**TRIAL EXHIBITS**
    Government: approximately 13 exhibits without stipulations, 10 with stipulations
    Defendant: no more than 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; () Possibly for trial; (　) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1½ days
    Defense case: ½ day

**STIPULATIONS**: Possible stipulation as to prior felony convictions and chain of custody.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Exhibit list filed 1/3/2020; Amended Witness List filed 1/17/2020. **Updated list due on or before January 28, 2020.**
        Defense: Witness List and Exhibit list filed 1/4/2020 **Updated list due on or before January 28, 2020.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, February 5, 2020.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before February 5, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for February 10, 2020.

    **Please note:** Defense counsel has an out-of-town work conference the weekend before February 10, 2019, and, therefore, requests a start date of Tuesday, February 11, 2019. Government counsel has a trial on the second week.

**IT IS SO ORDERED.**

    */s/ Lajuana M. Counts*
    LAJUANA M. COUNTS
    UNITED STATES MAGISTRATE JUDGE