IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-CR-00175-01-W-DGK |
| PARIS B. YOUNG, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Before the Court is Defendant Paris Young's Motion to Suppress Evidence (Doc. 43), the Government's Response in Opposition (Doc. 45), and United States Magistrate Judge Lajuana M. Count's Report and Recommendation (Doc. 76). The Court has also reviewed the transcript from the suppression hearing held on December 20, 2019 (Doc. 53).

After carefully reviewing Judge Count's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(a), the Court ADOPTS the Report and Recommendation (Doc. 76). The Court DENIES Defendant's Motion to Suppress Evidence (Doc. 43).

**IT IS SO ORDERED.**

Date: February 6, 2020  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT