# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-CR-00175-01-W-DGK |
| PARIS B. YOUNG, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Before the Court is Defendant Paris Young's Motion to Suppress Evidence[1] (Doc. 44), the Government's Response in Opposition (Doc. 46), and United States Magistrate Judge Lajuana M. Count's Report and Recommendation (Doc. 77). The Court has also reviewed the transcript from the hearing held on January 16, 2020 (Doc. 72).

After carefully reviewing Judge Count's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(a), the Court ADOPTS the Report and Recommendation (Doc. 77) and DENIES Defendant's Motion to Suppress Evidence (Doc. 44).

**IT IS SO ORDERED.**

Date: February 6, 2020  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

---

[1] While Defendant labels his motion as one to suppress evidence, the relief sought in the motion is to dismiss under Fed. R. Crim. P. 5(a)(1)(A) and 48(b).